UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE     CASE #: 3:11-00130
NASHVILLE DIVISION               USM #: 20805-075

I AM REQUESTING A DETAILED COPY OF MY SENTENCING TRANSCRIPTS. I AM TRYING TO CORRECT A MAJOR MISTAKE THAT I AM HAVING AND WOULD BE VERY GREATFUL IN THIS MATTER. I WOULD ALSO REQUEST MY JUDGEMENT COMMITMENT. THANK YOU

ORDER
This request shall be mailed to the Defendant's last counsel of record.

[signature]
1-23-13

RESPECTFULLY SUBMITTED,

Robert D. Moore #20805-075
[signature] Robert D. Moore
FEDERAL CORRECTIONAL INSTITUTION
PMB 1000
TALLADEGA, Al 35160

RECEIVED
IN CLERK'S OFFICE
JAN 0 9 2013
U.S. DISTRICT COURT
MID. DIST. TENN.