PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: Robert Daniel Moore        Case Number: 3:11-00130

Name of Judicial Officer: The Honorable William J. Haynes, Jr., Chief U. S. District Judge

Date of Original Sentence: January 13, 2012

Original Offense: 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm

Original Sentence: 30 months' custody followed by 3 years' supervised release

Type of Supervision: Supervised Release        Date Supervision Commenced: May 22, 2013

Assistant U.S. Attorney: Scarlett Singleton Nokes   Defense Attorney: Isaiah S. Gant

---

**THE COURT ORDERS:**

☒ No Action *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this _____ day of _March_____, 2014,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U. S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

_____
Joshua Smith
U.S. Probation Officer

Place    Nashville, Tennessee

Date
         March 3, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant refrain from any unlawful use of a controlled substance.**

On October 23, 2013, Mr. Moore tested positive for Morphine, Oxycodone, and Oxymorphone. At that time, he reported that he had not taken prescription pain medication for over three weeks.

On October 29, 2013, Mr. Moore tested positive for Oxycodone and Oxymorphone. On October 29, 2013, he reported to the probation officer that when he ran out of prescription pain medication, he was given Percocet by a friend. He was instructed by the probation officer to obtain pain medication legally if it was required by his medical condition.

On February 4, 2014, Mr. Moore failed to report for drug testing. He advised the probation officer that his mother was receiving medical treatment, and he had no other transportation.

### Compliance with Supervision Conditions and Prior Interventions:

Mr. Moore began supervised release on May 22, 2013. He is scheduled to terminate supervised release on May 21, 2016.

Mr. Moore receives $877 in Supplemental Security Insurance each month. In 2000, Mr. Moore was involved in a motor vehicle accident which caused severe physical injuries. During the accident, several vertebrae were broken. At that time, surgery was not performed, as the doctors advised the broken vertebrae were too close to his spinal cord. He later underwent surgery on his neck to treat spinal stenosis and had one metal plate and four screws attached to his C5-7 vertebrae. Mr. Moore reports constant pain in his back and neck, requiring medication to manage the pain.

Mr. Moore had been living with his mother in Franklin, Tennessee, since the start of supervision. His mother died on February 20, 2014, from cancer. Due to the recent death of his mother, Mr. Moore desires to relocate to Alabama in order to be closer with his extended family.

### U.S. Probation Officer Recommendation:

It is respectfully recommended Mr. Moore be continued on supervised release with no further action at this time. He has been advised that further noncompliance could result in sanctions by the Court.

The U. S. Attorney's Office has been notified and concurs with this recommendation.

Approved: _____
Vidette Putman
Supervisory U.S. Probation Officer